# In the United States Court of Federal Claims

No. 20-2018
Filed: April 23, 2021

|  |  |
|---|---|
| BEVERLY SNOW & ICE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## ORDER DISMISSING CASE

On December 29, 2021, plaintiff filed its Complaint in this case, along with a $400.00 partial payment of the filing fee. *See* Complaint, ECF No. 1. On December 30, 2021, the Court notified plaintiff's counsel, Mark Sigunick, of the following requirements: (1) full payment of the $402 filing fee, and (2) Mr. Sigunick's admission to the United States Court of Federal Claims ("COFC") bar in order to practice before this Court. *See* Notice of NMB Status, ECF No. 4; Notice of Filing Fee Due, ECF No. 5.

By February 12, 2021, the Court had not received the filing fee, nor was Mr. Sigunick admitted to the COFC bar. Consequently, the Court ordered plaintiff to pay the full $402 filing fee and plaintiff's counsel to apply for admission to the COFC bar on or before March 15, 2021 — or plaintiff's Complaint would be dismissed. *See* February 12, 2021 Order, ECF No. 7. The Court later extended this deadline to April 16, 2021 to allow plaintiff's counsel additional time to comply with the Court's Order. *See* March 17, 2021 Order, ECF No. 10.

To date, plaintiff has not paid the full filing fee and plaintiff's counsel, Mr. Sigunick, has not applied for admission to practice before the United States Court of Federal Claims, despite the Court's multiple attempts to contact plaintiff's counsel regarding the above. Accordingly, plaintiff's Complaint is hereby **DISMISSED** without prejudice for failure to prosecute pursuant to Rule 41(b) of the Rules of the Court of Federal Claims. The Clerk of Court is directed to take the necessary steps to dismiss this matter.

IT IS SO ORDERED.

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge